UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORA MEDLEY,

Plaintiff,

v.

GABRIEL WILLIAMS, et al.,

Defendants.

No.  2:24-cv-3804 DJC SCR P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 15, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 23.  Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 23) are adopted in full;

1

2.  Plaintiff's motion for judicial intervention (ECF No. 18) is DENIED IN PART to the extent it seeks leave to file a supplemental pleading pursuant to Fed. R. Civ. P. 15(d);

3.  Plaintiff's motion for extension of time (ECF No. 22), construed as a duplicative motion to file a supplemental pleading pursuant to Fed. R. Civ. P. 15(d), is denied;

4.  Defendant Samiinia is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m);

5.  The Clerk of the Court is directed to terminate defendant Samiinia from the Docket upon the adoption of these findings and recommendations; and

6.  This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:  **March 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Medl3804.801

2